**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

ANDREA CONLEY,

    Plaintiff,

v.

WEBER & OLCESE, P.L.C., a Michigan Company,

    Defendant.

Case No.: 1:17-cv-01027-JTN-ESC
Hon. Judge Janet T. Neff
Magistrate Judge Ellen S. Carmody

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Plaintiff Andrea Conley and Defendant Weber & Olcese, P.L.C., through their undersigned attorneys of record, stipulate to the dismissal of this action without prejudice.

Dated: September 27, 2018

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Charity A. Olson |
| Gary D. Nitzkin | Charity A. Olson |
| Credit Repair Lawyers of America | Varnum LLP |
| 22142 W Nine Mile Rd. | 300 N. 5th Avenue, Suite 230 |
| Southfield, MI 48033 | Ann Arbor, Michigan 48104 |
| (248) 353-2882 | (734) 372-2914 |
| gary@crlam.com | caolson@varnumlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |