# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANDREA CONLEY,<br><br>      Plaintiff,<br><br>v.<br><br>WEBER & OLCESE, P.L.C., a Michigan Company,<br><br>      Defendant. | Case No.: 1:17-cv-01027-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

Pursuant to the filed stipulation by and between Plaintiff Andrea Conley and Defendant Weber & Olcese, P.L.C. (ECF No. 27), this action is hereby dismissed without prejudice.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**


Dated:  September 27, 2018                           /s/ Janet T. Neff
                                                                    Hon. Janet T. Neff
                                                                    United States District Court
                                                                    Western District of Michigan